# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158852(107)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DETROIT ALLIANCE AGAINST THE RAIN
TAX, DETROIT IRON & METAL COMPANY,
AMERICAN IRON & METAL COMPANY,
McNICHOLS SCRAP IRON & METAL
COMPANY, MONIER KHALIL LIVING TRUST,
and BAGLEY PROPERTIES, LLC,
       Plaintiffs-Appellants,

v

SC: 158852
COA: 339176

CITY OF DETROIT, DETROIT WATER AND
SEWERAGE DEPARTMENT and DETROIT
BOARD OF WATER COMMISSIONERS,
       Defendants-Appellees.
_____/

     On order of the Chief Justice, the motion of Kickham Hanley to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 23, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk